CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS MATTINGLY,<br><br>Defendant. | Case No. 2:21-cr-00230-APG-VCF<br><br>**Stipulation to Continue Motion Deadline (ECF No. 34)** |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Marcus Mattingly, that the government's response to defendant's Motion to Suppress Fruits of Facebook Warrant (ECF No. 34) be continued to December 1, 2021.

This Stipulation is entered into for the following reasons:

1.     The defendant filed a Motion to Suppress Fruits of Facebook Warrant on October 21, 2021. The defendant's motion was not timely filed, and the government did not oppose the untimely filing.

2.    The government conditioned its non-opposition on the representation of defendant's counsel that he would not oppose the government having additional time to file its response.

3.    The defendant is in custody and agrees to the continuance.

4.    The parties agree to the continuance.

Dated this 23rd day of November 2021.

CHRISTOPHER CHIOU                         RENE L. VALLADARES
Acting United States Attorney              Federal Public Defender


_____/s/_____          _____/s/_____
MELANEE SMITH                             ANDREW WONG
Assistant United States Attorney          Counsel for Marcus Mattingly

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00230-APG-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| MARCUS MATTINGLY, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court orders that the government has to and including December 1, 2021 to file its response to defendant's Motion to Suppress Fruits of Facebook Warrant (ECF No. 34).

DATED this 23rd day of November, 2021.

_____
Cam Ferenbach
United States Magistrate Judge