**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:21-cr-00230-APG-VCF |
| | **ORDER** |
| MARCUS MATTINGLY, | |
| Defendant. | |

Before the Court are the motion to limit Detective Redsull's testimony (ECF NO. 30) and the motion to suppress fruits of Facebook Warrant (ECF NO. 34).

Temporary General Order 2020-05 authorizes the use of video conferencing (or telephone conferencing if video conferencing is not reasonably available) with the consent of the defendant after consultation with counsel.

Accordingly,

IT IS HEREREBY ORDERED that a video status conference hearing is scheduled for **1:00 PM, January 12, 2022**, to discuss logistics for the evidentiary hearing on the motion to limit Detective Redsull's testimony (ECF NO. 30) and the motion to suppress fruits of Facebook Warrant (ECF NO. 34).

IT IS FURTHER ORDERED that an evidentiary hearing on the motion to limit Detective Redsull's testimony (ECF NO. 30) and the motion to suppress fruits of Facebook Warrant (ECF NO. 34), is scheduled for **10:00 AM, January 26, 2022**.

Defendant is directed to file a Status Report (1) advising whether the defendant consents to proceed with the hearing as scheduled but using video conferencing, and (2) either (a) explaining why the hearing cannot be further delayed without serious harm to the interests of justice, or (b) advising whether the defendant agree to a continuance, indicating the maximum length of time for such a continuance. The Status Report for the hearing must be filed by 12:00 PM, January 11, 2022.

IT IS FURTHER ORDERED that defense counsel shall contact the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with information on how defendant will participate in the video conference by12:00 PM, January 11, 2022.

IT IS ORDERED that defense counsel shall provide all necessary documents to defendant in advance of the hearing.

IT IS FURTHER ORDERED that Defense shall file any necessary signed documents at least ONE (1) Day prior to the scheduled hearing consistent with General Order 2020-05.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.


- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access

code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 5th day of January 2022.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE