RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Marcus Mattingly

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00230-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION DEADLINE** |
| v. | (First Request) |
| MARCUS MATTINGLY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Marcus Mattingly, that the Objections to Report and Recommendation currently due on March 4, 2022, be vacated and continued for forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The Report and Recommendation in this case was issued on February 18, 2022, just four days after the evidentiary hearing was held. ECF No.49. The day after the hearing, defense counsel ordered the transcript requesting a 30-day turnaround. Defense

counsel had not anticipated the magistrate judge issuing his ruling so quickly. Defense counsel has since revised the transcript request and ordered it on an expedited basis. It is anticipated that the transcript will be available in 2-3 weeks. Upon receiving the transcript, defense counsel will require sufficient time to review the record and file objections.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 25th day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|   */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender |   */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS MATTINGLY,<br><br>    Defendant. | Case No. 2:21-cr-00230-APG-VCF<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Objections to Report and Recommendation currently due on March 4, 2022 be vacated and continued to April 18, 2022.

    DATED this  28th day of February, 2022.

                                                     UNITED STATES DISTRICT JUDGE