# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>MARCUS MATTINGLY,<br><br>　　Defendant | Case No.: 2:21-cr-00230-APG-VCF<br><br>**Order Accepting Report and Recommendation and Denying Motions to Suppress**<br><br>[ECF Nos. 30, 34, 52] |

　　On February 18, 2022, Magistrate Judge Ferenbach recommended that I deny defendant Marcus Mattingly's two motions to suppress. ECF No. 52. Mattingly did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　I THEREFORE ORDER that Magistrate Judge Ferenbach's report and recommendation **(ECF No. 52) is accepted** and defendant Marcus Mattingly's motions to suppress **(ECF Nos. 30, 34) are DENIED.**

　　DATED this 21st day of April, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE