RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Marcus Mattingly

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00230-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| MARCUS MATTINGLY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Marcus Mattingly, that the sentencing hearing currently scheduled for December 28, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel for Mr. Mattingly will both be on holiday leave on the currently scheduled sentencing hearing. Additionally, co-counsel (Ms. Lazo) is expected to be in trial during the last week of January.

2. The requested continuance will also provide defense counsel additional time to go over the presentence investigation report more thoroughly with Mr. Mattingly to ensure that all his questions have been answered. The defendant is incarcerated and does not object to the continuance.

3. Defendant is incarcerated and does not object to a continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. This is the first request to continue the sentencing hearing filed herein.

DATED this 14th day of November 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Aden Kebede<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS MATTINGLY,<br><br>    Defendant. | Case No. 2:21-cr-00230-APG-VCF-1<br><br>ORDER |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on December 28, 2022, at the hour of 11:00 a.m., be vacated and continued to February 22, 2023 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 15th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE