RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Marcus Mattingly

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS MATTINGLY,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00230-APG-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Marcus Mattingly, that the sentencing hearing currently scheduled for February 22, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel is seeking to collect documents and reports in support of sentencing mitigation and needs the additional time to obtain such records.

2. Defendant is incarcerated and does not object to a continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. This is the second request to continue the sentencing hearing filed herein.

DATED this 15th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Aden Kebede<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS MATTINGLY,<br><br>　　　　Defendant. | Case No. 2:21-cr-00230-APG-VCF-1<br><br>ORDER |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on February 22, 2023, at the hour of 9:30 a.m., be vacated and continued to June 13, 2023 at the hour of 10:30 a.m. in Courtroom 6C.

　　　DATED this 16th day of February, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3