RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Marcus Mattingly

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>        v.<br><br>MARCUS MATTINGLY,<br><br>          Defendant. | Case No. 2:21-cr-00230-APG-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Marcus Mattingly, that the Revocation Hearing currently scheduled on February 19, 2025, be vacated and continued to a date and time convenient to the Court but no sooner than thirty (30) days.

      This Stipulation is entered into for the following reasons:

      1.    The parties require additional time for negotiations to determine whether this matter will be resolved through a joint recommendation or a contested hearing.

      2.    Defense counsel requires additional time to review discovery, conduct investigation, and counsel the defendant on his options.

3. The defendant is not in custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 18th day of February 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| */s/ Joy Chen*<br>By_____<br>JOY CHEN<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00230-APG-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| MARCUS MATTINGLY, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, February 19, 2025 at 11:00 a.m., be vacated and continued to March 20, 2025 at the hour of 1:30 p..m. in Courtroom 6C.

DATED this 18th day of February 2025.

_____
UNITED STATES DISTRICT JUDGE