RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Marcus Mattingly

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00230-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| MARCUS MATTINGLY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Marcus Mattingly, that the Revocation Hearing currently scheduled on July 9, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Mattingly is participating in an in-patient drug treatment program.

2. The parties seek a continuance to allow Mr. Mattingly time to complete the program.

3. Mr. Mattingly is participating in an in-patient drug treatment program and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 7th day of July, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARCUS MATTINGLY,<br><br>  Defendant. | Case No. 2:21-cr-00230-APG-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 9, 2025 at 11:00 a.m., be vacated and continued to October 8, 2025 at the hour of 10:30 a.m.; in Las Vegas Courtroom 6C.

DATED this 8th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE