UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

_____ FILED         _____ RECEIVED
_____ ENTERED       _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

MAY 29 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS MATTINGLY,<br><br>Defendant. | Case No. 2:21-cr-00230-APG-VCF<br><br><br>**ORDER** |

This matter came before the Court for an initial appearance on revocation proceedings scheduled for May 26, 2026. *Docket No. 127.* The United States Marshal Service ("USMS") informed the Court that Defendant Marcus Mattingly refused to be transported for the hearing. As a result, the Court continued the hearing to May 29, 2026. *Docket No. 127.* On May 29, 2026, the USMS informed the Court that Defendant again refused to be transported for the hearing.

The Court therefore finds it necessary and appropriate to order the USMS to use reasonable force as it deems necessary to compel Defendant to be transported and to appear before this Court for his initial appearance on revocation proceedings, now scheduled for **June 1, 2026, at 2:30 p.m.** in Courtroom 3A of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada. *Docket No. 129.*

**IT IS THEREFORE ORDERED** that the USMS is authorized to use reasonable force as it deems necessary to compel Defendant to be transported for and appear at the initial appearance on revocation proceedings before Magistrate Judge Daniel J. Albregts scheduled for June 1, 2026, at 2:30 p.m. in Courtroom 3A.

DATED: May 29, 2026.

_____
MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE