RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Marcus Mattingly

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00230-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| MARCUS MATTINGLY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Marcus Mattingly, that the Preliminary Hearing currently scheduled on June 15, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant requires additional time to investigate the allegations in this matter and determine whether the parties may resolve the case through negotiations.

2. Defendant is incarcerated and does not object to a continuance. He has specifically requested the continuance.

3.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 3rd day of June, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting United States Attorney


By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender

By */s/ Melanee Smith*
MELANEE SMITH
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00230-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| MARCUS MATTINGLY, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 15, 2026 at the hour of 4:00 p.m., be vacated and continued to September 14, 2026, at 4:00 p.m.

DATED this 5th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3