RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Marcus Mattingly

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS MATTINGLY,<br><br>Defendant. | Case No. 2:21-cr-00230-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, United States Attorney General, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Marcus Mattingly, that the Revocation Hearing currently scheduled on September 23, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the second request for a continuance.

DATED this 9th day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender
Counsel for Marcus Mattingly

TODD BLANCHE
United States Attorney General

By */s/ Melanee Smith*
MELANEE SMITH
Assistant United States Attorney
Counsel for the Government

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCUS MATTINGLY,

Defendant.

Case No. 2:21-cr-00230-APG-VCF

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 23, 2026 at 9:00 a.m., be vacated and continued to November 19, 2026 at the hour of 10:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 10h day of September, 2026.

UNITED STATES DISTRICT JUDGE